1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **TATIANA MARCU**

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA
                              -o0O0o-
10

11 **TATIANA MARCU,**                        No.   2:12-cv-01299-CKD

12         **Plaintiff,**
                                             **STIPULATION AND ORDER**
13                                           **EXTENDING PLAINTIFF'S**
                                             **TIME TO FILE**
14    **v.**                                 **MOTION FOR SUMMARY**
                                             **JUDGMENT**
15 **MICHAEL ASTRUE,**
     **Commissioner of Social Security,**
16
           **Defendant.**
17 _____/

18         IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for

20 summary judgment is extended to December 3, 2012..

21         This is the first extension.

22 DATED: November 20, 2012                      /s/   Jesse S. Kaplan
                                                 JESSE S. KAPLAN
23                                               Attorney for Plaintiff

24

25
   DATED: November 20, 2012                      /s/ per e-mail authorization
26
                                                 SUNDEEP R. PATEL
27                                               Special Assistant U.S. Attorney
                                                 Attorney for Defendant
28

                                                 1

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to December 3, 2012.

SO ORDERED.

Dated: November 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE